UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-23433-MOORE/BECERRA

KATIE LATIMER,

    Plaintiff,

vs.

NCL (Bahamas), LTD., a
Bermuda company d/b/a
NORWEGIAN CRUISE LINE,

    Defendant,
_____/

## ORDER

THIS MATTER having come before the Court on Defendant NCL (BAHAMAS) LTD.'S, Unopposed Motion to For Extension of Time to File Response to Plaintiff's Motion to Compel Better Answers to Plaintiff's First Interrogatories [ECF 29], and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby GRANTED.

1.    Defendant NCL (BAHAMAS) LTD. shall have until January 28, 2019, to file its response to Plaintiff's Motion to Compel Better Answers to Plaintiff's First Interrogatories [ECF 27].

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of January, 2019.

                                                    _____
                                                    JACQUELINE BECERRA
                                                    UNITED STATES DISTRICT MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record